**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

DEC 23 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ZHUO QUAN MIAO, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> DANIELLE LACAMPAGNE; AMY MIAO; SAN MATEO COUNTY OFFICE OF THE PUBLIC GUARDIAN, <br><br> Defendants - Appellees. | No. 25-5589 <br><br> D.C. No. 3:25-cv-06784-CRB <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Northern District of California
Charles R. Breyer, District Judge, Presiding

Submitted December 17, 2025[**]

Before: PAEZ, CHRISTEN, and KOH, Circuit Judges.

Zhuo Quan Miao appeals pro se from the district court's order abstaining

from his 42 U.S.C. § 1983 action under *Colorado River Water Conservation*

*District v. United States*, 424 U.S. 800 (1976). We have jurisdiction under 28

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1291. We review de novo whether the facts of a case meet the requirements for *Colorado River* abstention and for an abuse of discretion the district court's ultimate decision to abstain from the case. *Mendocino Ry. v. Ainsworth*, 113 F.4th 1181, 1188 (9th Cir. 2024). We vacate and remand.

The district court screened Miao's action and determined that abstention under the *Colorado River* doctrine was proper in light of Miao's concurrent state court conservatorship proceedings. However, documents submitted for the first time on appeal reflect that Miao's state court conservatorship proceedings were dismissed in 2017. *See Kirkbride v. Cont'l Cas. Co.*, 933 F.2d 729, 734 (9th Cir. 1991) (holding that the *Colorado River* doctrine is inapplicable where there "is no concurrent or pending state court proceeding"); *see also Mendocino Ry.*, 113 F.4th at 1188 (explaining that courts consider whether *Colorado River* abstention is appropriate only "[a]fter determining there are concurrent state and federal court proceedings involving the same matter"). Because Miao's state court conservatorship proceedings had concluded prior to Miao filing this action, we vacate the district court's abstention order and remand for further proceedings.

Miao's motions (Docket Entry Nos. 11 and 15) to supplement the record are granted.

All other pending motions and requests are denied.

**VACATED and REMANDED.**